IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MODAFFARE | : | CIVIL ACTION |
| Plaintiff, | : | CASE NO.: 1:23-cv-00206-SPB |
| v. | : | |
| MERSEN USA GS CORP.<br>and<br>DANA K. AHLBERG | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been resolved, it is hereby stipulated and agreed that same be and is hereby dismissed, without an award of costs or fees against either party, with prejudice.

Dated: February 29, 2024                    Respectfully submitted:

/s/ Christine E. Burke                      /s/ Eve R. Keller
Christine Burke (PA 308166)                 Eve R. Keller
cburke@karpf-law.com                        Eve.Keller@jacksonlewis.com
Ari R. Karpf, Esq. (PA 320347)
akarpf@karpf-law.com                        *Admitted Pro Hac Vice*

KARPF, KARPF, & CERUTTI, P.C.               JACKSON LEWIS PC
3331 Street Road                            75 Park Plaza
Two Greenwood Square, Unit 128              4th Floor
Bensalem, PA 19020                          Boston, MA 02116
Phone: 215-639-0801                         Telephone: 610-305-1238

*Counsel for Plaintiff*                     *Counsel for Defendants*


IT IS SO ORDERED this 7th day of March, 2024.

_____
Susan Paradise Baxter
United States District Judge